# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

**JOSHUA TORREY HEADRICK,**
Individually, and on behalf of himself
and others similarly situated,

Plaintiff,  No. 3:18-cv-00389-PLR-HBG

v.

**AIRCEL, LLC**, a Delaware Limited    FLSA Opt-In Collective Action
Liability Corporation,    **JURY DEMANDED**

Defendant.

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AND ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

The parties respectfully move this Court in accordance with Federal Rule of Civil Procedure 41 for an Order approving the terms of the settlement that they reached and for dismissal of this action with prejudice. In support of this Motion, the parties state as follows:

1.  This action involves alleged violations of the Fair Labor Standards Act ("FLSA"). Plaintiff Joshua Torrey Headrick ("Plaintiff") alleges that Aircel, LLC ("Aircel") is liable to him, and other similarly situated current and former employees, for unpaid overtime because it refused to pay its employees required overtime compensation. Aircel denies any liability to Plaintiff and to the class.

2.  Conditional certification was sought by Plaintiff; however, the parties agreed to a resolution of this matter prior to the Court's ruling on Plaintiff's Motion.

3.  The parties have reached a settlement of this lawsuit. The parties each have been represented and assisted by their respective undersigned attorneys during this lawsuit and the negotiation of the settlement, and have had the benefit of their attorneys' counsel and advice. The

1

parties have executed a Settlement Agreement and Release setting forth all of the terms of the agreed upon settlement. A copy of the fully executed Settlement Agreement is attached to this Motion.

4. The Settlement Agreement and Release does not constitute an admission by any party of the validity of any of the allegations, claims, or defenses made or presented in this lawsuit. The Settlement Agreement and Release represents the compromise of disputed claims that the parties recognize would require litigation to determine.

5. The Settlement Agreement and Release was negotiated on behalf of all the parties and the terms of the Agreement reflect a reasonable compromise of the parties' disputes. The Settlement Agreement and Release fairly and reasonably compromises each party's interests, benefits, and rights, in accordance with the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States*.[1]

6. The attorneys' fees component of the Settlement Agreement and Release is reasonable.

7. The Settlement Agreement and Release provides that the parties will request that this Court dismiss this action with prejudice.

WHEREFORE, the parties respectfully move this Court to approve the Settlement Agreement and Release and enter an Order reflecting its approval and dismissing this action with prejudice.

---

[1] 679 F.2d 1350, 1354 (11th Cir. 1982) (stating that "when employees bring a private action for back wages under the FLSA and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

Respectfully submitted,

*s/ Gordon E. Jackson*
Gordon E. Jackson (TN Bar No. 08323)
James L. Holt, Jr. (TN Bar No. 012123)
J. Russ Bryant (TN Bar No. 033830)
Paula R. Jackson (TN Bar No. 20149)
Robert E. Turner, IV (TN BPR #35364)
**JACKSON, SHIELDS, YEISER & HOLT**
262 German Oak Drive
Memphis, TN 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*gjackson@jsyc.com*
*jholt@jsyc.com*
*rbryant@jsyc.com*
*pjackson@jsyc.com*
*rturner@jsyc.com*

*Attorneys for Plaintiffs*


*s/Ann E. Knuth*
Steven E. Seasly (Ohio Bar No. 0070536)
*Admitted Pro Hac Vice*
Ann E. Knuth (Ohio Bar No. 0061566)
*Admitted Pro Hac Vice*
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, Ohio 44114-2316
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
*sseasly@hahnlaw.com*
*aknuth@hahnlaw.com*

*Attorneys for Defendant*

John M. Kizer (TN BPR No. 029846)
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901-1990
Telephone: (865) 525-5300
*jmk@tennlaw.com*

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I do hereby certify that the foregoing **Joint Motion for Approval of Settlement and Entry of Order of Dismissal with Prejudice** has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

  This 19th day of August, 2019.

           By: */s Gordon E. Jackson*